# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3942

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Damon Flamont Smith, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: August 7, 2007
Filed: August 10, 2007

_____

Before BYE, RILEY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal of his 180-month sentence for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), Damon Flamont Smith challenges the district court's[1] determination that his three prior Missouri convictions for first-degree tampering with an automobile by operation are "violent felonies" within the meaning of 18 U.S.C. § 924(e)(1).

_____

[1]The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.

Smith's argument is unavailing.  See United States v. Johnson, 417 F.3d 990, 999 (8th Cir. 2005) (holding that risks associated with Missouri offense of tampering by operation "are sufficient to warrant classifying it as a violent felony" for purposes of § 924(e)), cert. denied, 127 S. Ct. 285 (2006); United States v. Leathers, 354 F.3d 955, 959 (8th Cir. 2004) (one panel cannot overrule decision of another).[2]

Accordingly, we affirm.

_____

---

[2]In a submission under Federal Rule of Appellate Procedure 28(j), Smith draws our attention to Leocal v. Ashcroft, 543 U.S. 1, 9-11 (2004) (construing "crime of violence" for purposes of 18 U.S.C. § 16(b) to require substantial risk of use of force). Smith's reliance, however, is misplaced.  See Johnson, 417 F.3d at 996 n.4 ("violent felony" under § 924(e) differs from definition at issue in Leocal).